**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHUNKI E. FLEMING, | Case No. 1:25-cv-01854 JLT BAM (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS; DISMISSING ACTION FOR FAILURE TO STATE A CLAIM, FAILURE TO OBEY A COURT ORDER, AND FAILURE TO PROSECUTE; AND DIRECTING THE CLERK OF COURT TO CLOSE THIS CASE |
| v. | |
| C.S.P. CORCORAN, *et al.*, | |
| Defendants. | |
| | (Doc. 12) |

Shunki E. Fleming seeks to hold the defendants liable for civil rights violations related to food received during a dinner at Corcoran State Prison. (*See generally* Doc. 1.) The magistrate judge screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A and found he did not state a cognizable claim. (Doc. 10 at 3-6.) The magistrate judge granted Plaintiff leave to amend to cure the pleading deficiencies, and directed any complaint to be filed within 30 days. (*Id.* at 7.) Plaintiff did not file an amended complaint or otherwise respond to the Screening Order.

The magistrate judge issued Findings and Recommendations, reiterating the findings of the Screening Order and recommending dismissal for failure to state a claim. (Doc. 12 at 2-6.) The magistrate judge also found Plaintiff failed to prosecute the action and failed to comply with the Court's order, and that terminating sanctions were appropriate for these failures. (*Id.* at 7-8.) Therefore, the magistrate judge recommended that the Court dismiss the action. (*Id.*)

The Court served the Findings and Recommendations on Plaintiff and informed him that

1

any objections were due in 14 days.  (Doc. 12 at 8.)  The Court advised Plaintiff that the "failure to file any objections within the specified time may result in the waiver of the 'right to challenge the magistrate's factual findings' on appeal."  (*Id.* at 9, quoting *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).)  No objections were filed, and the deadline to do so has expired.

According to 28 U.S.C. § 636(b)(1), the Court performed a *de novo* review of this case. Having carefully reviewed the entire matter, the Court concludes that the Findings and Recommendations are supported by the record and proper analysis.  Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on June 10, 2026 (Doc. 12) are **ADOPTED** in full.

2. The action is **DISMISSED** for failure to state a claim, failure to obey a court order, and failure to prosecute.

3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:    July 6, 2026

_____
UNITED STATES DISTRICT JUDGE

2